UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CHRISTINE RAUCCI § Case No. 15-34047
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 215,830.80                     Assets Exempt: 21,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,787.81       Claims Discharged
                                                  Without Payment: 574,328.41

Total Expenses of Administration: 3,812.19

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,400.00 (see **Exhibit 2**), yielded net receipts of $ 13,600.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 523,474.19 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,462.19 | 3,812.19 | 3,812.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,815.76 | 28,122.81 | 28,122.81 | 9,787.81 |
| **TOTAL DISBURSEMENTS** | $ 579,289.95 | $ 31,585.00 | $ 31,935.00 | $ 13,600.00 |

   4)  This case was originally filed under chapter 7 on  10/06/2015 .  The case was pending for 14 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  12/06/2016              By:/s/Peter N. Metrou, Trustee
                                                              Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 HONDA CR-V | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christine Raucci | Exemptions | 8100-002 | 6,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,400.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 21887 Eagan, MN 55121 | | 303,683.19 | NA | NA | 0.00 |
| | PNC Bank, NA PO Box 3180 Pittsburgh, PA 15230 | | 219,791.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 523,474.19** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,110.00 | 2,110.00 | 2,110.00 |
| Peter N. Metrou | 2200-000 | NA | 186.54 | 186.54 | 186.54 |
| Associated Bank | 2600-000 | NA | 99.21 | 99.21 | 99.21 |
| CLERK OF THE COURT | 2700-000 | NA | 0.00 | 350.00 | 350.00 |
| Peter N. Metrou | 3110-000 | NA | 525.00 | 525.00 | 525.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 541.44 | 541.44 | 541.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,462.19 | $ 3,812.19 | $ 3,812.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 7,401.22 | NA | NA | 0.00 |
| | DuPage Medical Group 15921 Collections Center Drive Chicago, IL 60693 | | 118.00 | NA | NA | 0.00 |
| | John and Maryann McManamon 2719 Ashley Woods Drive Westchester, IL 60154 | | 25,000.00 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 8,516.40 | 8,596.44 | 8,596.44 | 2,991.89 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | 767.40 | 741.08 | 741.08 | 257.92 |
| 7 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | 1,318.00 | 1,353.10 | 1,353.10 | 470.93 |
| 3 | DISCOVER BANK | 7100-000 | 10,157.20 | 10,272.74 | 10,272.74 | 3,575.31 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Elizabeth Kreuger | 7100-000 | NA | 4,429.96 | 4,429.96 | 1,541.79 |
| 6 | NORDSTROM FSB | 7100-000 | 720.70 | 687.31 | 687.31 | 239.21 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 867.96 | 1,079.76 | 1,079.76 | 375.80 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 948.88 | 962.42 | 962.42 | 334.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 55,815.76 | $ 28,122.81 | $ 28,122.81 | $ 9,787.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-34047 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CHRISTINE RAUCCI | | | | Date Filed (f) or Converted (c): | 10/06/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/09/2015 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 03/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3715 MISTFLOWER LANE NAPERVILLE, IL 60564 | 222,500.00 | 0.00 | | 0.00 | FA |
| 2. BMO HARRIS CHECKING ACCOUNT | 1,430.80 | 0.00 | | 0.00 | FA |
| 3. ORDINARY HOUSEHOLD FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 4. DESKTOP COMPUTER | 400.00 | 0.00 | | 0.00 | FA |
| 5. ORDINARY CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6. ENGAGEMENT RING | 6,000.00 | 0.00 | | 0.00 | FA |
| 7. TERM LIFE INSURANCE POLICE | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2014 HONDA CR-V | 18,500.00 | 0.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)       $249,830.80       $0.00       $20,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating Debtor's assets and property hedl by parents.

Initial Projected Date of Final Report (TFR): 12/01/2020       Current Projected Date of Final Report (TFR): 12/01/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34047 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | CHRISTINE RAUCCI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5611 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3689 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/16 | 8 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Sales proceeds of Honda Accord | 1129-000 | $20,000.00 | | $20,000.00 |
| 04/04/16 | 1001 | Christine Raucci 3715 Mistflower Lane Naperville, IL 60565 | Debtor's Exemptions Sale of Honda CRV | 8100-002 | | $6,400.00 | $13,600.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.79 | $13,579.21 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.19 | $13,559.02 |
| 06/22/16 | 1002 | AMERICAN AUCTION ASSOCIATES, INC. 508 West Brittany Drive Arlington Heights, IL 60004 | Payment to Auctioneer Per court order docket #38 | 3620-000 | | $541.44 | $13,017.58 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.51 | $12,998.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.43 | $12,978.64 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.29 | $12,959.35 |
| 11/22/16 | 1003 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $2,821.54 | $10,137.81 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($2,110.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($186.54) | 2200-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($525.00) | 3110-000 | | |

| | | | Page Subtotals: | | $20,000.00 | $9,862.19 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-34047 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CHRISTINE RAUCCI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5611 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3689 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/16 | 1004 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL  60604 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $9,787.81 |
| 11/22/16 | 1005 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 1 representing a payment of 34.80 % per court order. | 7100-000 | | $375.80 | $9,412.01 |
| 11/22/16 | 1006 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 2 representing a payment of 34.80 % per court order. | 7100-000 | | $334.96 | $9,077.05 |
| 11/22/16 | 1007 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 3 representing a payment of 34.80 % per court order. | 7100-000 | | $3,575.31 | $5,501.74 |
| 11/22/16 | 1008 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 4 representing a payment of 34.80 % per court order. | 7100-000 | | $2,991.89 | $2,509.85 |
| 11/22/16 | 1009 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 5 representing a payment of 34.80 % per court order. | 7100-000 | | $257.92 | $2,251.93 |
| 11/22/16 | 1010 | NORDSTROM FSB<br>C O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-<br>ORIG BY: TD BANK | Final distribution to claim 6 representing a payment of 34.80 % per court order. | 7100-000 | | $239.21 | $2,012.72 |
| 11/22/16 | 1011 | DEPARTMENT STORE NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Final distribution to claim 7 representing a payment of 34.80 % per court order. | 7100-000 | | $470.93 | $1,541.79 |
| | | | Page Subtotals: | | $0.00 | $8,596.02 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-34047 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CHRISTINE RAUCCI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5611 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3689 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/16 | 1012 | Elizabeth Kreuger<br>305 S. Naperville Road<br>WHEATON, IL 60187 | Final distribution to claim 8 representing a payment of 34.80 % per court order. | 7100-000 | | $1,541.79 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $6,400.00 |
| Net | $20,000.00 | $13,600.00 |

Page Subtotals: $0.00    $1,541.79

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5611 - Checking | $20,000.00 | $13,600.00 | $0.00 |
|  | $20,000.00 | $13,600.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*